RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/17/09
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARC HOOK | CIVIL ACTION NO. 09-0423 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ERIC H. HOLDER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 18] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Marc Hook's petition for writ of *habeas corpus* under 28 U.S.C. § 2241 [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 17 day of July, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE