UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**MARK DAVID HOOK**                                     **CIVIL ACTION NO. 09-0423**

**VERSUS**                                                          **JUDGE ROBERT G. JAMES**

**ERIC H. HOLDER, JR., ET AL.**                     **MAG. JUDGE KAREN L.HAYES**

**MEMORANDUM ORDER**

Pending before the Court are a Motion to Reopen Proceedings [Doc. No. 20] and Motion to Proceed as a Poor Person [Doc. No. 21] filed by *pro se* Petitioner Mark David Hook ("Hook"). Hook has been detained by the U.S. Bureau of Immigration and Customs Enforcement ("BICE") since April 2, 2008, and is currently confined at the Federal Detention Center in Oakdale, Louisiana.

On March 18, 2009, while represented by counsel, Hook filed a Petition for Writ of *Habeas Corpus*, pursuant to 28 U.S.C. § 2241. At that time, he claimed to be Marc David Hook,[1] who was born in London, England, on March 13, 1970. He argued that he had taken all actions he could to assist in his removal to the United Kingdom, that the presumptively reasonable six-month detention period had expired, and that there was no significant likelihood of his removal in the reasonably foreseeable future. Therefore, he sought release from detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).

After holding a hearing and reviewing briefing from the parties, the Magistrate Judge issued a Report and Recommendation [Doc. No. 18], finding that, overall, Hook was not a

---

[1] Interestingly, in the original Petition, Hook spelled his first name, "Marc," but he now spells it "Mark."

credible witness and that, while he had been detained for more than six months, *Zadvydas* was inapplicable because Hook had failed to provide any information that would confirm his identity or enable BICE to obtain travel documents for him. This Court adopted the Magistrate Judge's recommendation that Hook's Petition be dismissed without prejudice. [Doc. No. 19].

Hook now files the instant Motion to Reopen the Proceedings, contending that his counsel was ineffective at the hearing and that he has "new evidence." However, the evidence he presents was fully considered by the Magistrate Judge at the hearing, and, thus, it is neither new nor the basis for an ineffective assistance of counsel claim. There is one exception, which is the copy of the G-589 Property Receipt form that Hook now provides, but that form provides no basis for the Court to reopen the proceedings.

While it is regrettable that Hook remains detained in a federal facility, his detention is a result of his own failure to cooperate with BICE and to provide information about his identity.

Accordingly,

IT IS ORDERED that Hook's Motion to Reopen Proceedings [Doc. No. 20] is DENIED, and his Motion to Proceed as a Poor Person [Doc. No. 21] is DENIED as MOOT.

MONROE, LOUISIANA, this 15th day of February, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE